IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANUEL GONZALEZ,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-02033 |
| v. | : | |
| | : | (Judge Rambo) |
| **C. SREBRO,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 7th day of June 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Gonzalez's Section 1983 access-to-courts claim is **DISMISSED** without prejudice as to defendant C. Srebro pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted;

2. Gonzalez's Section 1983 access-to-courts claim is **DISMISSED** with prejudice as to defendant L. Harry pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted;

3. The Clerk of Court is directed to terminate defendant L. Harry; and

4. Gonzalez may file a second amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. If no second amended complaint is timely filed, dismissal will convert into dismissal with prejudice and the Court will close this case.

s/ Sylvia H. Rambo
United States District Judge